# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 188TH DISTRICT COURT OF GREGG COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of April, 2015, the cause upon appeal to revise or reverse your judgment between

**AMERICAN IDOL, GENERAL, LP D/B/A THE REO, AND**
**RANDY HANSON A/K/A RANDALL HANSON, Appellants**

**NO. 12-14-00134-CV; Trial Court No. 2012-1842-A**

Opinion by James T. Worthen, Chief Justice.

**PITHER PLUMBING CO., INC., Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that there was error in the judgment of the court below, it is ORDERED, ADJUDGED and DECREED by this court that the judgment be **reversed** and the cause **remanded** to the trial court **for further proceedings**  and that all costs of this appeal are hereby adjudged against the Appellee, **PITHER PLUMBING CO., INC.,** in accordance with the opinion of this court; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 10th day of July, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk